A. JOHN GODOY, SBN 254911
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jgodoy@justice4you.com

Attorneys for Plaintiff
*Marcella Pittman*


NEWPOINT LAW GROUP, LLP
Stephan M. Brown (SBN: 300563)
Corey A. Hall (SBN: 295470)
2408 Professional Drive
Roseville, CA 95661
Tel: (800) 358 – 0305
Fax: (916) 242 – 8588
sbrown@newpointlaw.com
chall@newpointlaw.com

*Attorneys for Defendants*
*Ace In The Hole Towing & Transport, Inc*
*Russel Leon Cornett Jr.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELLA PITTMAN,<br><br>    Plaintiff,<br><br>vs.<br><br><br>ACE IN THE HOLE TOWING & TRANSPORT, INC., RUSSELL LEON CORNETT JR.,<br><br>    Defendants. | Case No.: 2:24-cv-01359-WBS-AC<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO DISPOSE OF CASE** |

ORDER ON STIPULATION TO EXTEND TIME TO DISPOSE OF CASE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Good cause being established, the time to file the dispositional documents is extended to May 1, 2026.

IT IS SO ORDERED.

Dated:  April 3, 2026                    Signed: _____

                                                UNITED STATES
                                                MAGISTRATE COURT JUDGE

2
ORDER ON STIPULATION TO EXTEND TIME TO DISPOSE OF CASE