A. JOHN GODOY, SBN 254911
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jgodoy@justice4you.com

Attorneys for Plaintiff
*Marcella Pittman*


NEWPOINT LAW GROUP, LLP
Stephan M. Brown (SBN: 300563)
Corey A. Hall (SBN: 295470)
2408 Professional Drive
Roseville, CA 95661
Tel: (800) 358 – 0305
Fax: (916) 242 – 8588
sbrown@newpointlaw.com
chall@newpointlaw.com

*Attorneys for Defendants*
*Ace In The Hole Towing & Transport, Inc*
*Russel Leon Cornett Jr.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA PITTMAN,<br><br>        Plaintiff,<br><br>vs.<br><br><br>ACE IN THE HOLE TOWING & TRANSPORT, INC., RUSSELL LEON CORNETT JR.,<br><br>        Defendants. | Case No.: 2:24-cv-01359-WBS-AC<br><br>**ORDER ON STIPULATION OF DISMISSAL AFTER SETTLEMENT** |

1

ORDER ON STIPULATION OF DISMISSAL AFTER SETTLEMENT

Having reviewed the parties' Stipulation of Dismissal After Settlement and good cause appearing, IT IS HEREBY ORDERED that:

1. The action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure [41(a)(1)(A)(ii)][41(a)(2)] as to all claims and all parties that have appeared.

2. Costs, expenses, and attorneys' fees shall be allocated as follows: Each party shall bear its own costs, expenses, and attorneys' fees.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 25, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
ORDER ON STIPULATION OF DISMISSAL AFTER SETTLEMENT